No. 89–1944. OHIO *v.* HUERTAS. Sup. Ct. Ohio. [Certiorari granted, *ante*, p. 807.] Motion of National Jury Project for leave to file a brief as *amicus curiae* granted.

No. 90–285. LITTON FINANCIAL PRINTING DIVISION, A DIVISION OF LITTON BUSINESS SYSTEMS, INC. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 9th Cir. [Certiorari granted, *ante*, p. 966.] Motion of the Solicitor General for divided argument granted.

No. 90–644. LEDBETTER, COMMISSIONER, GEORGIA DEPARTMENT OF HUMAN RESOURCES *v.* TURNER ET AL. C. A. 11th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 90–5744. CHAPMAN ET AL. *v.* UNITED STATES. C. A. 7th Cir. [Certiorari granted, *ante*, p. 1011.] Motion for appointment of counsel granted, and it is ordered that T. Christopher Kelly, Esq., of Madison, Wis., be appointed to serve as counsel for petitioners in this case.

No. 90–6156. IN RE ENGLAND ET AL. Petition for writ of mandamus denied.

No. 89–1905. WISCONSIN PUBLIC INTERVENOR ET AL. *v.* MORTIER ET AL. Sup. Ct. Wis. Certiorari granted.

No. 90–34. EXXON CORP. *v.* CENTRAL GULF LINES, INC., ET AL. C. A. 2d Cir. Certiorari granted.